No. 157. CARLOS CID & CO., PETITIONER, *v.* CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Certiorari. January 25, 1916. Petition denied.

No. 936. THE PEOPLE, APPELLEE, *v.* SEGURA, APPELLANT.— Perjury. San Juan, Section 2.

No. 944. THE PEOPLE, APPELLEE, *v.* ALVAREZ, APPELLANT.— Perjury. San Juan, Section 2.

No. 952. THE PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT.— Aggravated assault and battery. San Juan, Section 2.

No. 853. THE PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT.— Aggravated assault and battery. San Juan, Section 2.

No. 950. THE PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT.— Breach of peace. San Juan, Section 2.

No. 962. THE PEOPLE, APPELLEE, *v.* PIZARRO, APPELLANT.— Assault and battery. San Juan, Section 2.

No. 964. THE PEOPLE, APPELLEE, *v.* CABRERA ET AL., APPELLANTS.—Aggravated assault and battery. Humacao.

No. 966. THE PEOPLE, APPELLEE, *v.* MELÉNDEZ ET AL., APPELLANTS.—Aggravated assault and battery. Humacao.

January 26, 1916. Judgments affirmed.

No. 968. THE PEOPLE, APPELLEE, *v.* AGOSTO, APPELLANT.— Aggravated assault and battery. Guayama. January 28, 1916. Judgment affirmed.

No. 898. THE PEOPLE, APPELLEE, *v.* DELIZ, APPELLANT.— Mayhem. Aguadilla. February 1, 1916. Judgment affirmed.

No. 961. THE PEOPLE, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.—Petty larceny.

No. 826. THE PEOPLE, APPELLEE, *v.* DELIZ, APPELLANT.— Forgery.

. San Juan, Section 2. February 4, 1916. Judgments affirmed.